## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:   DARREN L WINKELS

SHAWNA M FULLER-WINKELS

Case No. 05-34463

Chapter 13

Debtor(s)

## APPLICATION FOR COMPENSATION
## OR EXPENSES BY ATTORNEY FOR DEBTOR(S)

The undersigned applicant, pursuant to Local Rule 2016-1, states that:

1. The plan of the debtor(s), has been or will be confirmed by the court, and the applicant is the attorney for the debtor(s), has filed a statement under Bankruptcy Rule 2016(b), and has completed all necessary appropriate legal services to date in this case.

2. The reasonable value of such services is **$1,250.00**. The applicant has paid $194.00 for the filing fee in this case and $0.00 for the expenses itemized on the reverse side of this application. The debtor(s) has agreed to pay the applicant for such services and reimburse the applicant for such expenses. The debtor(s) has paid $480.00 to the applicant to date for such services or expenses. The debtor(s) owes the applicant $964.00 for the unpaid balance.

3. The applicant has served copies of this application and filed proof of service pursuant to Local Rule. The applicant has not shared or agreed to share with any other person, other than with members of applicant's law firm, any compensation paid or to be paid.

WHEREFORE, the applicant requests the court to award $964.00, the unpaid balance stated above, for compensation or reimbursement, and to order the trustee to pay such amount to the applicant under 11 U.S.C. 330 and Local Rule 2016-1.

Dated: 8/16/05

Signed: */e/Craig Cook*
Craig Cook Esq. 1865X
1821 University Avenue Ste S217
St Paul MN 55104

## ORDER ALLOWING COMPENSATION OR EXPENSES

Based on the foregoing application, no objection thereto having been made, it is ordered under Local Rule 2016-1 that $_____ is awarded to the applicant for compensation or reimbursement and that the trustee pay such amount to the applicant as funds become available for such payment.

Dated:_____

_____
United States Bankruptcy Judge