In Re:  DARREN L WINKELS                    TRUSTEE'S FINAL ACCOUNT AND
SHAWNA M FULLER-WINKELS                     REPORT CHAPTER 13 CASE

CASE NO. - 05-34463  DDO
Paid Out, Discharge

---

The undersigned hereby submits their Final Accounting and Report as Standing Trustee in the above titled case.

### RECEIPTS

| | | |
|---|---|---|
| 1. | Total Payments received from debtor | $11,923.33 |
| 2. | Refunds from creditors | $0.00 |
| 3. | Less overpayment refunded to debtor | $49.44 |
| 4. | Total net funds paid by debtor, plus refunds from creditor | $11,873.89 |

### DISBURSEMENTS

| | | |
|---|---|---|
| 5. | Funds Delivered to Chapter 7 Trustee | $0.00 |
| 6. | Total dividends paid to creditors under debtors plan | $10,255.67 |
| 7. | Trustee's percentage fee computed on Items 6,8,9 | $654.22 |
| 8. | Debtor's Attorney fee allowed and paid | $964.00 |
| 9. | Debtor's Attorney expense allowed and paid | $0.00 |
| 10. | Charges Due Clerk Of U.S. Bankruptcy Court | $0.00 |
| 11. | Total Disbursements Made | $11,873.89 |

REMARKS:

At Minneapolis, Minnesota

 /e/ Jasmine Z. Keller                                                    Date: 03/27/2009
Jasmine Z. Keller, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

TRUSTEE'S FINAL ACCOUNT AND REPORT                                                                    PAGE 2

DEBTOR: DARREN L WINKELS                                   CASE NO. - 05-34463
        SHAWNA M FULLER-WINKELS

------------------------------------------------------------------------------------

Total Dividends Paid to Creditors
Secured (S), Priority (P), Unsecured (U)

| Claim | Type | Name of Claimant | Amount Paid |
|---|---|---|---|
|   | U | Total Unsecured Debt | $0.00 |
| 1 | U | PATRICK MOELLERS JR | $3,528.56 |
| 2 | U | LINDY'S COLLECTION | $88.35 |
| 3 | U | Austin Medical Center | $0.00 |
| 4 | U | MAYO CLINIC | $1,738.79 |
| 5 | U | STATE FARM FIRE & CASUALTY CO | $3,114.74 |
| 6 | U | CASEYS GENERAL | $262.69 |
| 7 | U | CAPITAL ONE BANK | $823.82 |
| 8 | U | Austin Medical Center | $698.72 |

At Minneapolis, Minnesota        Subtotal Dividends paid   10,255.67
                                      Total Dividends paid     $10,255.67

/e/ Jasmine Z. Keller                                      Date: 03/27/2009
Jasmine Z. Keller, Trustee